

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                 )<br>          Plaintiff,            )<br>                                 )<br>     v.                          )<br>                                 )<br> JAVIER PRADIS-MELCHOR,          )<br>                                 )<br>          Defendant.             )<br>_____) | Criminal Case No. 08CR2920-JM<br><br>I N F O R M A T I O N<br><br>Title 21, U.S.C., Secs. 952 and<br>960 - Importation of Marijuana<br>(Felony) |

The United States Attorney charges:

On or about August 1, 2008, within the Southern District of California, defendant JAVIER PRADIS-MELCHOR, did knowingly and intentionally import approximately 39.50 kilograms (86.90 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: August 28, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney

CJB:kmm:Imperial
8/27/08